# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-04264 |
| v. | ) |
| | ) |
| TENINGA-BERGSTROM REALTY COMPANY et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Plaintiff Owners Insurance Company, pursuant to Federal Rule of Civil Procedure 41(1)(a) hereby dismisses this action against all defendants without prejudice.

Respectfully submitted,

/s/ Krysta K. Gumbiner
Krysta K. Gumbiner
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 775-1743
Krysta.gumbiner@dinsmore.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was filed on September 11, 2024, with the Clerk of the Court using the CM/ECF filing system, which will send notice to all counsel of record.

/s/ Krysta K. Gumbiner