# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Owners Insurance Company, et al.

                                    Plaintiff,

v.   Case No.: 1:24−cv−04264

Honorable Robert W. Gettleman

Teninga−Bergstrom Realty Company, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2024:

       MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice [7] and pursuant to Federal Rule of Civil Procedure 41(1)(a) this case is dismissed without prejudiced. Hearing set for 9/23/2024 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.